1
2
3
4
5
6
7
8                    IN THE UNITED STATES DISTRICT COURT
9                   FOR THE EASTERN DISTRICT OF CALIFORNIA
10  PAUL GEORGE CHECKETTS,
11          Plaintiff,                    No. CIV S-07-1378 GEB GGH P
12      vs.
13  CTC PSYCH MENTAL, et al.,
14          Defendants.                   <u>ORDER</u>
15  _____/
16          Plaintiff is a state prisoner proceeding pro se.  He seeks relief pursuant to 42
17  U.S.C. § 1983 and has requested authority pursuant to 28 U.S.C. § 1915 to proceed in forma
18  pauperis.  This proceeding was referred to this court by Local Rule 72-302 pursuant to 28 U.S.C.
19  § 636(b)(1).
20          Plaintiff has submitted a declaration that makes the showing required by 28
21  U.S.C. § 1915(a).  Accordingly, the request to proceed in forma pauperis will be granted.
22          Plaintiff is required to pay the statutory filing fee of $350.00 for this action.  28
23  U.S.C. §§ 1914(a), 1915(b)(1).  An initial partial filing fee of $5.74 will be assessed by this
24  order.  28 U.S.C. § 1915(b)(1).  By separate order, the court will direct the appropriate agency to
25  collect the initial partial filing fee from plaintiff's trust account and forward it to the Clerk of the
26  Court.  Thereafter, plaintiff will be obligated for monthly payments of twenty percent of the

preceding month's income credited to plaintiff's prison trust account. These payments will be forwarded by the appropriate agency to the Clerk of the Court each time the amount in plaintiff's account exceeds $10.00, until the filing fee is paid in full. 28 U.S.C. § 1915(b)(2).

Plaintiff alleges that he is being involuntarily medicated with psychiatric medication against his will. Plaintiff alleges that he is being given the medication because defendants claim he is suicidal when he is not. Plaintiff seeks injunctive relief in the form of an order directing defendants to stop involuntarily medicating him. The complaint states a cognizable claim for relief pursuant to 42 U.S.C. § 1983 and 28 U.S.C. § 1915A(b). If the allegations of the complaint are proven, plaintiff has a reasonable opportunity to prevail on the merits of this action. Washington v. Harper, 494 U.S. 210, 110 S.Ct. 1028 (1990)(given the requirements of the prison environment, however, the State may treat an inmate who has a serious mental illness with antipsychotic drugs against his will if the inmate is dangerous to himself or others and the treatment is in the inmate's medical interest).

In accordance with the above, IT IS HEREBY ORDERED that:

1. Plaintiff's request for leave to proceed in forma pauperis is granted.

2. Plaintiff is obligated to pay the statutory filing fee of $350.00 for this action. Plaintiff is assessed an initial partial filing fee of $5.74. All fees shall be collected and paid in accordance with this court's order to the Director of the California Department of Corrections and Rehabilitation filed concurrently herewith.

3. Service is appropriate for the following defendants: Lanzano, Gasparo, Daughtery.

4. The Clerk of the Court shall send plaintiff 3 USM-285 forms, one summons, an instruction sheet and a copy of the complaint filed July 12, 2007.

5. Within thirty days from the date of this order, plaintiff shall complete the attached Notice of Submission of Documents and submit the following documents to the court:

    a. The completed Notice of Submission of Documents;

1         b. One completed summons;

2         c. One completed USM-285 form for each defendant listed in number 3

3 above; and

4         d. Four copies of the endorsed complaint filed July 12, 2007.

5      6. Plaintiff need not attempt service on defendants and need not request waiver of

6 service. Upon receipt of the above-described documents, the court will direct the United States

7 Marshal to serve the above-named defendants pursuant to Federal Rule of Civil Procedure 4

8 without payment of costs.

9 DATED: 10/2/07

                                  /s/ Gregory G. Hollows

                                  UNITED STATES MAGISTRATE JUDGE

13 check1378.b

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

PAUL GEORGE CHECKETTS,

     Plaintiff,                        No. CIV S-07-1378 GEB GGH P

     vs.

CTC PSYCH MENTAL, et al.,        <u>NOTICE OF SUBMISSION</u>

     Defendants.                <u>OF DOCUMENTS</u>

_____/

     Plaintiff hereby submits the following documents in compliance with the court's order filed _____:

    _____    completed summons form

    _____    completed USM-285 forms

    _____    copies of the _____
                            Complaint/Amended Complaint

DATED:

                                        _____
                                        Plaintiff